# United States Court of Appeals for the Fifth Circuit

No. 22-50410
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
December 9, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Sylvia Maria Holguin,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:21-CR-995-1

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Sylvia Maria Holguin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Holguin has filed a letter in which she plainly states her desire to withdraw her appeal. Holguin's motion for voluntary dismissal is

---

[*] This opinion is not designated for publication. See 5th Cir. R. 47.5.

No. 22-50410

GRANTED, counsel's motion to withdraw is DENIED AS MOOT, and the appeal is DISMISSED. *See* Fed. R. App. P. 42(b); 5th Cir. R. 42.1.